PARTNERS:
TIMOTHY M. DEMPSEY
CHARLES J. HERTEL
BRIAN D. HAMILL
PETER J. CULP
HEATH G. MYNSBERGE
JOHN A. ST. PETER
PAUL W. ROSENFELDT
MATTHEW PARMENTIER

OFFICE MANAGER:
BILLIE JO SEARL

ASSOCIATES:
ALANA BUSCH-ELL*
ALEX R. ACKERMAN

OF COUNSEL:
WILLIAM E. BUCHOLZ*
RYAN M. PLISCH
RONALD L. PETAK

RETIRED:
A. D. (DAN) EDGARTON
ROBERT V. EDGARTON

# DEMPSEY, EDGARTON, ST. PETER, PETAK & ROSENFELDT LAW FIRM

A WISCONSIN LIMITED LIABILITY PARTNERSHIP

920-235-7300 (office)
920-235-2011 (facsimile)
www.dempseylaw.com
peterc@dempseylaw.com

October 4, 2019

**VIA E-FILE ONLY**

Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: **Doe v. Board of Regents of the Univ. of Wis. Sys., et al.**
**Case No. 19-cv-1348**

Dear Judge Pepper:

Plaintiff filed a Motion for Preliminary Injunction on September 23, 2019. The Motion sought injunctive relief pertaining to a hearing that began on September 26, 2019, and that will be continued and concluded on Tuesday, October 8, 2019. We respectfully request a hearing on the Motion. The injunction could be to enjoin the hearing altogether or, alternatively, it could be to enjoin the Defendants from deciding the matter and/or implementing any decision on the matter until the issues can be tried and heard. If permitted I can make myself and any witnesses available for hearing on Monday, October 7, 2019, in the afternoon. Any evidentiary hearing should not last any more than 30 minutes. Thank you.

Very truly yours,

**DEMPSEY, EDGARTON, ST. PETER,
PETAK & ROSENFELDT LAW FIRM**

*Peter J. Culp*

Peter J. Culp

PJC:hls

c: Client - via email
Anne M. Bensky, Esq. - via efile

**210 North Main Street**
**Suite 100**
**Oshkosh, WI 54901**

2079 Lawrence Drive
Suite C
De Pere, WI 54115

95 South Harris Avenue
Waupun, WI 53963
* Part of Dempsey Bucholz partnership

10 West Forest Avenue
Suite 200
Fond du Lac, WI 54936

07514153.WPD