

# STATE OF WISCONSIN
## DEPARTMENT OF JUSTICE

**Josh Kaul**
**Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Gesina S. Carson
Assistant Attorney General
carsongs@doj.state.wi.us
608/266-1672
FAX 608/267-8906

October 8, 2019

U.S. Magistrate Judge Pamela Pepper
United States Federal Building and Courthouse
517 East Wisconsin Ave. Rm. 208
Milwaukee, WI 53202

Re: *John Doe v. Board of Regents, et al.*
Eastern District Case No. 19C1348

Dear Judge Pepper:

Defendants object to Plaintiff's request for a hearing. (Dkt. 25.) The reasons for Defendants' objection are set forth in detail in Defendant's Brief in Support of Motion to Dismiss. (Dkt. 27.)

Sincerely,

s/Gesina S. Carson
GESINA SEILER CARSON
Assistant Attorney General

GSC:kje