UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN DOE,

        Plaintiff,

        Case No. 19-cv-1348-bhl

v.

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,

        Defendants.

---

## STATUS CONFERENCE ORDER
---

        This case was reassigned to Judge Brett H. Ludwig on September 18, 2020. A status conference will be held via conference call on **October 22, 2020 at 11:00 a.m.** To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450 before the scheduled hearing time. Participants will be placed on hold until the case is called.

        Counsel should be ready to provide the court with a short (10 minutes per side) summary of the case.

        SO ORDERED on September 29, 2020.

        s/ Brett H. Ludwig_____

        BRETT H. LUDWIG
        United States District Judge