# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: October 22, 2020
JUDGE: Brett H. Ludwig
CASE NO.: 19-cv-1348
CASE NAME: Doe v. Board of Regents of the University of Wisconsin System et al
MATTER: Status Conference
APPEARANCES: Gesina S Carson and Anne M Bensky, Attorneys for Defendants
TIME: 11:05 a.m. – 11:12 a.m.
COURTROOM DEPUTY: Melissa P.

**AUDIO OF THIS HEARING IS AT ECF NO. 38**

No one appeared for the plaintiff. Counsel for the defendants reported on the status of the case and her opinion as to how the case should proceed.

IT IS HEREBY ORDERED that Attorney Peter J Culp or other counsel for the plaintiff must show cause in writing on or before **November 5, 2020** why the case should not be dismissed for his: (1) failure to consult on the joint status report as required by this Court's order, ECF No. 34; (2) failure to appear at the October 22, 2020 status hearing; and (3) failure to prosecute this action. If counsel for the plaintiff fails to show cause, the Court will dismiss the case with prejudice for failure to prosecute.

SO ORDERED on October 22, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge