UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DOE,

    Plaintiff,

  v.                Case No. 19-cv-1348-bhl

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,

    Defendants.

## ORDER DISMISSING CASE

  On October 22, 2020, the Court issued an order directing plaintiff's counsel to show cause in writing on or before November 5, 2020 why this case should not be dismissed for counsel's: (1) failure to consult on the joint status report as required by this Court's order, ECF No. 34; (2) failure to appear at the October 22, 2020 status hearing; and (3) failure to prosecute this action. The order warned plaintiff's counsel that the case would be dismissed for failure to prosecute should counsel fail to show cause.

  Since the Court's October 22, 2020 order, counsel for plaintiff has not provided an explanation for his failures. The deadline for counsel to do so has now passed. Therefore,

  **IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice** for plaintiff's failure to prosecute pursuant to Civil L. R. 41(c).

  Dated at Milwaukee, Wisconsin on November 6, 2020.

                    s/ Brett H. Ludwig
                    BRETT H. LUDWIG
                    United States District Judge