UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DOE,

        Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-1348-bhl

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

PURSUANT TO THE COURT'S ORDER, the action is dismissed with prejudice for failure to prosecute and the plaintiff shall recover nothing on the complaint.

Dated: November 6, 2020

GINA M. COLLETTI
Clerk of Court

s/ *Melissa P.*
(By) Deputy Clerk